Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Andrew A. Bao (SBN 247092)
aabao@wolfewyman.com
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendants
FIRST FRANKLIN FINANCIAL CORPORATION; HOME LOAN SERVICES, INC; BANK OF AMERICA; MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; LA SALLE BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN Q. CHRISTOPHER, DESHAWN REILLY, individuals, as , ,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware Corporation; LASALLE BANK, N.A.; MERILL LYNCH MORTGAGE LOAN TRUST 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4 , Its Successors and/or Assigns; BANK OF AMERICA, N.A. a Delaware corporation; MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, Inc., a Delaware corporation; HOME LOAN SERVICES, INC.; CAL-WESTERN RECONVEYANCE CORP; AND DOES 1 individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the | Case No. 10-CV-0017 DMS CAB<br><br>**DEFENDANTS FIRST FRANKLIN FINANCIAL CORPORATION, HOME LOAN SERVICES, INC., BANK OF AMERICA, MORTAGE ELECTRONIC REGISTRATION SERVICES, INC., AND LA SALLE BANK NATIONAL ASSOCIATION'S MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S AMENDED COMPLAINT**<br><br>*[Request for Judicial Notice and [Proposed] Order filed concurrently herewith]*<br><br>Date: August 6, 2010<br>Time: 1:30 p.m.<br>Place: Dept. 10<br><br>Trial Date: None |

///

///

| | |
|---|---|
| 1 2 3 | Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto,<br><br>                               Defendants. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 6, 2010, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10 of the above-entitled Court, located at 880 Front Street, San Diego, California 92101, Defendants First Franklin Financial Corporation ("FFFC"); Bank of America, as successor by merger to La Salle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-4, erroneously sued as La Salle Bank, N.A., Merrill Lynch Mortgage Loan Trust 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4 ("LA SALLE") and Bank of America, N.A. ("BA") (collectively referred to as "Defendants") will move this Court for an Order Dismissing Plaintiffs HERMAN CHRISTOPHER and DBR STRATEGIES, INC. ("Plaintiffs")' second amended complaint <u>with</u> prejudice pursuant to <u>Federal Rules of Civil Procedure</u> ("FRCP") Rule 12(b)(6).

PLEASE TAKE FURTHER NOTICE that no later than fourteen (14) calendar days before the date designated for the hearing of this Motion, each opposing party to the Motion shall serve upon all parties and file with the clerk of this court either: (a) Opposition to the Motion with memorandum of points and authorities or (b) a Written Statement of Non-Opposition with the clerk. Furthermore, any evidence presented in opposing papers shall comply with U.S. District Court, Southern District of California <u>Civil Rule</u> 7.1 et seq.

///
///
///
///

1  These Motions are based on this Notice, the attached Memorandum of Points
2  and Authorities, the Request for Judicial Notice, the records and pleadings on file
3  herein and such other evidence as may be presented.

DATED: June 7, 2010                    WOLFE & WYMAN LLP


By: /s/ Andrew A. Bao
    STUART B. WOLFE
    ANDREW A. BAO
Attorneys for Defendants
FIRST FRANKLIN FINANCIAL
CORPORATION; HOME LOAN
SERVICES, INC; BANK OF AMERICA;
MORTGAGE ELECTRONIC
REGISTRATION SERVICES, INC.; LA
SALLE BANK NATIONAL
ASSOCIATION

H:\Matters\Home Loan Services, Inc. (1385.001)\198 (Christopher)\Pleadings\Federal\Defendants' Motion to Dismiss and Strike Plaintiff's Complaint.doc

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants First Franklin Financial Corporation ("FFFC"); Bank of America, as successor by merger to La Salle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-4, erroneously sued as La Salle Bank, N.A., Merrill Lynch Mortgage Loan Trust 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4 ("LA SALLE"); and Bank of America, N.A. ("BA") (collectively referred to as "Defendants") hereby moves this Court for an order to dismiss Plaintiffs HERMAN CHRISTOPHER and DBR STRATEGIES, INC. ("Plaintiffs")' Second Amended Complaint ("SAC") under Federal Rules of Civil Procedure ("FRCP") Rule 12(b)(6)[1]. Plaintiffs have failed to state a claim for relief against Defendants.

## MOTION TO STRIKE THE FAC

Defendants further move to strike Plaintiff HERMAN CHRISTOPHER as a plaintiff, as the allegations in the SAC demonstrate that he has no interest or claim involving the Subject Property at issue in this matter.

///
///
///
///
///
///
///
///
///

---

[1] Plaintiff appears to have inserted Merrill Lynch Mortgage Loan Trust, 2007-4, Mortgage Loan Asset-backed certificates, Series 2007-4, as a separate defendant. This is not a valid entity. Rather, the correct defendant name would be: Bank of America, as successor by merger to La Salle Bank, N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-4, erroneously sued as La Salle Bank, N.A., Merrill Lynch Mortgage Loan Trust 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4 ("LA SALLE"). Thus, there are only three named Defendants in this matter: FFFC, LA SALLE and BANK OF AMERICA.

1   WHEREFORE, Defendants prays for Judgment as follows:
2      1.    That Defendants' motion to dismiss be granted <u>with</u> prejudice; and
3      2.    That Defendants' be awarded costs of suit and other such relief as this
4   Court deems to be just and proper.

DATED: June 7, 2010                    WOLFE & WYMAN LLP


By: /s/ Andrew A. Bao
    STUART B. WOLFE
    ANDREW A. BAO
Attorneys for Defendants
FIRST FRANKLIN FINANCIAL
CORPORATION; HOME LOAN
SERVICES, INC; BANK OF AMERICA;
MORTGAGE ELECTRONIC
REGISTRATION SERVICES, INC.; LA
SALLE BANK NATIONAL
ASSOCIATION